# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

ANTHONY JEFFRIES,

              Plaintiff,

    v.

YOUNG,

              Defendant.

Case No.  1:25-cv-01966-BAM (PC)

ORDER VACATING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY COURT ORDER AND FAILURE TO PROSECUTE

(ECF No. 6)

Plaintiff Anthony Jeffries ("Plaintiff") is a federal prisoner proceeding *pro se* in this civil action pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 91 S. Ct. 1999 (1971) and the Federal Tort Claims Act.

On December 29, 2025, the Court issued an order directing Plaintiff to submit a completed application to proceed *in forma pauperis* or pay the $405.00 filing fee to proceed with this action.  (ECF No. 3.)  The Court expressly warned Plaintiff that failure to comply with the Court's order would result in dismissal of this action.  (*Id.*)

On February 10, 2026, the Court issued findings and recommendations to dismiss this action for failure to prosecute and failure to obey a Court order based on Plaintiff's failure to timely file a completed application to proceed *in forma pauperis* or pay the filing fee.  (ECF No. 6.)

1

However, on February 9, 2026, before the findings and recommendations were docketed, Plaintiff paid the $405.00 filing fee in full.  (*See generally* Docket.)  As the filing fee has been paid in full, the Court's findings and recommendations to dismiss this action will be vacated.

Accordingly, it is HEREBY ORDERED that:

1.  The findings and recommendations issued on February 10, 2026, (ECF No. 6), are VACATED.

2.  Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

Dated:    **February 10, 2026**            /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE